**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

KENNETH T. CHAVEZ, on behalf of himself and all others similarly situated,

          Plaintiff,

v.

GANGESHWAR LLC, GLOBIWEST INTERNATIONAL MANAGEMENT SERVICES, INC.,

          Defendant.

Case No. 1:21-cv-06981-KAM-SJB

**STIPULATION OF DISCONTINUANCE WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record, that this action, including all claims, counterclaims, cross-claims, and affirmative defenses, are discontinued with prejudice and without costs to any party. No party is an infant, incompetent person for whom a committee has been appointed, or conservatee, and no person not a party has an interest in the subject matter of this action; and it is hereby

**FURTHER HEREBY STIPULATED AND AGREED** that this Stipulation shall be filed on the PACER Eastern District Court Case No. 1:21-cv-06981-KAM-SJB; and it hereby

**FURTHER HEREBY STIPULATED AND AGREED** that this Stipulation may be executed in counterparts and faxed or electronic signatures shall have the same force and effect as an original.

Dated: July 29, 2022

                                                                                              *Kiyo A. Matsumoto, USDJ*
                                                                                                       8.1.2022

| | |
|---|---|
| By: /s/ Mitchell Segal<br>Mitchell Segal, Esq.<br>Law Offices Of Mitchell S. Segal, P.C.<br>1129 Northern Boulevard, Suite 404<br>Manhasset, New York 11030<br>Telephone: (516) 415-0100<br>Facsimile: (516) 706-6631<br>Email: msegal@segallegal.com<br>*Attorneys for Plaintiff* | By: /s/Jason Mattar<br>Jason Mattar, Esq.<br>Jason.Mattar@JacksonLewis.com<br>JACKSON LEWIS P.C.<br>44 South Broadway, 14th Floor<br>White Plains, NY 10601<br>Phone: (914) 872-8060<br>Facsimile: (914) 946-1216<br>*Attorneys for Defendants* |